**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE WHITE, et al. ) | CASE NO. 1:11-CV-2615 |
| ) | |
| Plaintiffs, ) | JUDGE JAMES GWIN |
| ) | |
| v. ) | |
| ) | |
| CRST, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER AND/OR OTHERWISE PLEAD**

Defendant CRST, Inc. ("Defendant"), by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure hereby moves the Court for an enlargement of time, through and including January 23, 2012, to move, plead or otherwise respond to Plaintiffs' Complaint.

As grounds, Defendant states that the enlargement of time requested in this Motion is necessary so that Defendant may fully evaluate the claims in this action and in light of the fact that it recently retained the undersigned counsel.

This motion is unopposed. Defendant's counsel conferred with Plaintiffs' counsel and Plaintiffs' counsel does not oppose this Motion.

No prior enlargements of this deadline have been sought, and this Motion is being filed prior to the expiration of the Defendant's time for filing its answer or otherwise responding to Plaintiffs' Complaint.

2

Respectfully submitted,

s/ Gregory J. Lucht
ERIC LARSON ZALUD (0038959)
GREGORY J. LUCHT (0075045)
MOLLY M. LUKENBILL (0084315)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: ezalud@beneschlaw.com
glucht@beneschlaw.com
mlukenbill@beneshlaw.com
Attorneys for Defendant CRST, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 20th day of December 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

s/ Gregory J. Lucht
One of the Attorneys for Defendant