# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, et al. | ) | CASE NO. 1:11-CV-2615 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT** |
| CRST, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of CRST, Inc.

**Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?**

    _____ Yes      \_\_X\_\_ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

**Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?**

    _____ Yes      \_\_X\_\_ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Respectfully submitted,

s/ Gregory J. Lucht
ERIC LARSON ZALUD (0038959)
GREGORY J. LUCHT (0075045)
MOLLY M. LUKENBILL (0084315)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: ezalud@beneschlaw.com
glucht@beneschlaw.com
mlukenbill@beneshlaw.com
Attorneys for Defendant CRST, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically on the 20th day of December 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

s/ Gregory J. Lucht
One of the Attorneys for Defendant

2