Motion granted 12/21/11; defendant's answer to be filed by 1/23/12. There will be no further extensions.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, et al. | ) | CASE NO. 1:11-CV-2615 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| CRST, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER AND/OR OTHERWISE PLEAD**

Defendant CRST, Inc. ("Defendant"), by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure hereby moves the Court for an enlargement of time, through and including January 23, 2012, to move, plead or otherwise respond to Plaintiffs' Complaint.

As grounds, Defendant states that the enlargement of time requested in this Motion is necessary so that Defendant may fully evaluate the claims in this action and in light of the fact that it recently retained the undersigned counsel.

This motion is unopposed. Defendant's counsel conferred with Plaintiffs' counsel and Plaintiffs' counsel does not oppose this Motion.

No prior enlargements of this deadline have been sought, and this Motion is being filed prior to the expiration of the Defendant's time for filing its answer or otherwise responding to Plaintiffs' Complaint.