# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, et al. | ) | CASE NO. 1:11-CV-2615 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| CRST, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that Eric Larson Zalud, Esq. (in addition to Gregory J. Lucht, Esq. and Molly Moran Lukenbill, Esq.) of Benesch Friedlander Coplan & Aronoff, LLP does hereby enter his appearance on behalf of Defendant CRST, Inc. All pleadings, papers and notices should be directed to all of the undersigned.

Dated: December 22, 2011.

    Respectfully submitted,

    s/ Eric Larson Zalud
    ERIC LARSON ZALUD (0038959)
    GREGORY J. LUCHT (0075045)
    MOLLY MORAN LUKENBILL (0084315)
    **BENESCH FRIEDLANDER**
    **COPLAN & ARONOFF LLP**
    200 Public Square, Suite 2300
    Cleveland, Ohio 44114-2378
    Telephone: (216) 363-4500
    Facsimile: (216) 363-4588
    E-mail: ezalud@beneschlaw.com
           glucht@beneschlaw.com
           mlukenbill@beneschlaw.com
    Attorneys for Defendant CRST, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 22nd day of December 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

s/ Eric Larson Zalud

One of the Attorneys for Defendant