IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, et al. | ) | CASE NO. 1:11-CV-2615 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| CRST, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Molly Moran Lukenbill, Esq. (in addition to Gregory J. Lucht, Esq. and Eric Larson Zalud, Esq.) of Benesch Friedlander Coplan & Aronoff, LLP does hereby enter her appearance on behalf of Defendant CRST, Inc.  All pleadings, papers and notices should be directed to all of the undersigned.

Dated:  December 22, 2011.

                                                            Respectfully submitted,

                                                            s/ Molly Moran Lukenbill
                                                            ERIC LARSON ZALUD (0038959)
                                                            GREGORY J. LUCHT (0075045)
                                                            MOLLY MORAN LUKENBILL (0084315)
                                                           **BENESCH FRIEDLANDER**
                                                           **COPLAN & ARONOFF LLP**
                                                           200 Public Square, Suite 2300
                                                           Cleveland, Ohio 44114-2378
                                                           Telephone:  (216) 363-4500
                                                           Facsimile:   (216) 363-4588
                                                           E-mail: ezalud@beneschlaw.com
                                                                         glucht@beneschlaw.com
                                                                         mlukenbill@beneschlaw.com
                                                           Attorneys for Defendant CRST, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 22nd day of December 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

s/ Molly Moran Lukenbill

One of the Attorneys for Defendant