MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 2/23/12 |
| Judge: | James S. Gwin |
| Case No.: | 1:11cv02615 |
| Court Reporter: | None |

BRUCE WHITE,           )
                       )
    Plaintiff,         )
                       )
vs.                    )
                       )
CRST, INC.,            )
                       )
    Defendant.         )

MATTERS CONSIDERED: Case management conference.

TOTAL TIME: 30 min.                    *s/    Gwen Mackey*
                                       Courtroom Deputy Clerk