# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRUCE WHITE, | ) | CASE NO. 1:11CV02615 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CRST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff(s) shall identify experts, if any, by April 9, 2012.  The defendant(s) is to identify experts, if any, by May 23, 2012.  The exchange of reports is to be governed pursuant to Rule 26.  Counsel are to provide the Court with copies of expert reports.

Any objection to the qualifications of expert witnesses under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, must be filed two months before the standby trial date.  **A party WAIVES the right to object to the qualifications of a testifying witness if the party fails to file an objection by this date.**  Responses to such motions must be filed no later than 7 consecutive days after the motion is filed.

**IT IS SO ORDERED.**


Dated: February 24, 2012                               *s/      James S. Gwin*
                                                                JAMES S. GWIN
                                                                UNITED STATES DISTRICT JUDGE