## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN  DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated | ) ) | CASE NO.  1:11-CV-02615 |
| | ) | JUDGE:  JAMES S. GWIN |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT CRST, INC.'S NOTICE** |
| CRST, INC. | ) | **OF SERVICE OF INITIAL** |
| | ) | **DISCLOSURES** |
| Defendant. | ) | |

Notice is hereby given that Defendant, CRST, Inc., served *Defendant CRST, Inc.'s Initial Disclosures* on Plaintiff's counsel via first class United States Mail and electronic mail as follows:

Dennis M. O'Toole
Anthony M. Pecora
Matthew A. Dooley
Stumphauzer, O'Toole, McLaughlin,
McGlamery & Loughman Co., LPA
5455 Detroit Road
Sheffield Village, Ohio  44054
Email:  dotoole@sheffieldlaw.com
        apecora@shefffieldlaw.com
        mdooley@sheffieldlaw.com

Dated:  March 2, 2012                    Respectfully submitted,

                                         /s/ *Gregory J. Lucht*
                                         ERIC LARSON ZALUD (0038959)
                                         GREGORY J. LUCHT (0075045)
                                         MOLLY MORAN LUKENBILL (0084315)
                                         **BENESCH FRIEDLANDER**
                                         **COPLAN & ARONOFF LLP**
                                         200 Public Square, Suite 2300
                                         Cleveland, Ohio 44114-2378
                                         Telephone:  (216) 363-4500
                                         Facsimile:   (216) 363-4588
                                         E-mail: ezalud@beneschlaw.com
                                                 glucht@beneschlaw.com
                                                 mlukenbill@beneschlaw.com
                                         *Attorneys for Defendant CRST, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing was filed electronically on the 2nd day of March, 2012 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

/s/ Gregory J. Lucht
One of the Attorneys for Defendant CRST, Inc.

Doc 7025956   Ver 1