**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated ) ) | CASE NO.  1:11-CV-02615 |
| ) | JUDGE:  JAMES S. GWIN |
| Plaintiffs,                         ) ) | |
| vs.                                       ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| CRST, INC.                         ) ) | |
| Defendant.                         ) | |

Please be advised that Jeremy Gilman, of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters his appearance as co-counsel of record for Defendant CRST, Inc.("Defendant"), substituting for Eric L. Zalud.

Gregory J. Lucht and Molly Moran Lukenbill, who are also counsel for Defendant, remain as counsel in this action.  All future notices, papers and filings should be directed to Mr. Lucht, Mr. Gilman and Mrs. Lukenbill.

                                           Respectfully submitted,

                                          */s/ Jeremy Gilman*
                                         GREGORY J. LUCHT (0075045)
                                         JEREMY GILMAN (00014144)
                                         MOLLY MORAN LUKENBILL (0084315)
                                         **BENESCH FRIEDLANDER
                                         COPLAN & ARONOFF LLP**
                                         200 Public Square, Suite 2300
                                         Cleveland, Ohio 44114-2378
                                         Telephone:     (216) 363-4500
                                         Facsimile:      (216) 363-4588
                                         E-mail:          glucht@beneschlaw.com
                                                                jgilman@beneschlaw.com
                                                                mlukenbill@beneschlaw.com
                                       *Attorneys for Defendant CRST, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Substitution of Counsel was filed electronically on the 7th of March, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

*/s/ Jeremy Gilman*
*One of the Attorneys for Defendant CRST, Inc.*