**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN  DIVISION**

| | | |
|---|---|---|
| BRUCE WHITE, on behalf of himself and | ) | CASE NO.  1:11-CV-02615 |
| all others similarly situated | ) | |
| | ) | JUDGE:  JAMES S. GWIN |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JOINT MOTION TO MODIFY** |
| CRST, INC. | ) | **CASE MANAGEMENT SCHEDULE** |
| | ) | |
| Defendant. | ) | |

Plaintiff,  Bruce  White,  ("Plaintiff")  and  Defendant,  CRST,  Inc.  ("Defendant")
(collectively the "Parties") hereby jointly move this Court to modify the current deadlines set
forth in the February 24, 2012 Case Management Conference Orders (Doc. 19 and 20) (the
"Scheduling Order").   As a result of several "meet and confer" sessions to discuss the case
deadlines, the scope and volume of discovery (including e-discovery matters) and Plaintiff's
proposed First Amended Complaint[1], the Parties agree that modification of the current
Scheduling Order is necessary.   The grounds for, and the identification of, the Parties' requested
modification to the Scheduling Order follows.

As instructed by this Court during the Case Management Conference and as set in the
Scheduling Order, discovery on the merits as well as on class certification has proceeded
simultaneously on parallel paths.   In light of the current May 2012 discovery cut-offs and
deadlines for filing dispositive motions and motion for class certification, both Parties have
diligently proceeded with discovery and have worked quickly to serve written discovery requests
on each other.   Soon after exchanging discovery requests, the Parties "met and conferred" to

---

[1] Plaintiff will be filing a Motion for Leave to file his First Amended Class Action Complaint, which the Defendant
will not oppose if the current Scheduling Order is modified as requested by both Parties in this Motion.

discuss e-discovery matters, such as custodians, search terms, and relevant third-parties that are critical in the discovery phase of this case.

After receiving Defendant's document production, Plaintiff prepared a proposed First Amended Complaint to conform to newly discovered facts. While a majority of the initial discovery requests will be germane to the proposed First Amended Complaint, Plaintiff's proposed First Amended Complaint would necessitate additional discovery regarding Defendant's policies and practices to provide oral notice to job applicants under the Fair Credit Reporting Act and would require the Defendant to serve additional written discovery requests.

In light of the significant volume of electronically stored information ("ESI") already under review and/or in the process of being identified and collected as well as the unavoidable delays regarding same, the Parties have conferred on multiple occasions to structure a feasible plan to prosecute and defend this case. The Parties agree and understand that not only will the collection, production and necessary review of all of relevant ESI involve significant time, the proposed First Amended Complaint will require additional discovery as well. Accordingly, the Parties request modification of the Scheduling Order as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Deadline for Plaintiff to Identify Experts | April 9, 2012 | December 21, 2012 |
| Deadline to Complete Discovery for Dispositive Motion | May 7, 2012 | January 18, 2013 |
| Deadline to file Dispositive Motion | May 14, 2012 | January 25, 2013 |
| Deadline for Defendant to Identify Experts | May 23, 2012 | February 1, 2013 |
| Deadline to Oppose Dispositive Motion | May 28, 2012 | February 8, 2013 |
| Deadline to file Reply in Support of Dispositive Motion | June 4, 2012 | February 15, 2013 |
| Status Conference | May 8, 2012 | Week of February 18, 2013 |

| | | |
|---|---|---|
| Deadline to Complete Class Certification Discovery | May 14, 2012 | February 25, 2013 |
| Deadline to File Motion for Class Certification | May 21, 2012 | March 11, 2013 |
| Deadline to Oppose Class Certification Motion | June 4, 2012 | April 8, 2013 |
| Deadline to file Reply in support of Class Certification Motion | June 11, 2012 | April 15, 2013 |
| Deadline for all Discovery | August 27, 2012 | June 28, 2013 |
| Final Pretrial | September 12, 2012 | Week of July 8, 2013 |
| Trial | September 17, 2012 | Week of July 15, 2013 |

The Parties have worked together in a cooperative manner to facilitate the expeditious handling of this matter.  If the requested modification to the Scheduling Order conflicts with the Standard Track designation in this case, the Parties will not object to the case being transferred to the Complex Track in order to account for the volume of data and discovery that will need to take place.  Moreover, this Motion is being filed well before the current deadlines expire to afford the Parties and the Court the opportunity to appropriately modify the Scheduling Order so that no Party is prejudiced.

Therefore, the Parties respectfully request this Court to modify the current Scheduling Order and to re-set the case management deadlines in this case consistent with the above-reference modifications.  Should the Court determine that a status conference would assist it in ruling on this Motion, counsel for the Parties will make themselves available for either an in-person or telephonic conference, whichever the Court prefers.

Respectfully submitted,

/s/ *MATTHEW A. DOOLEY*

DENNIS M. O'TOOLE (0003274)
MATTHEW A. DOOLEY (0081482)
ANTHONY R. PECORA (0069660)
**STUMPHAUZER, O'TOOLE,**
**McLAUGHLIN, McGLAMERY &**
**LOUGHMAN CO., LPA**
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Facsimile:   (440) 394-7208
Email:        dotoole@sheffieldlaw.com
              mdooley@sheffieldlaw.com
              apecora@sheffieldlaw.com
*Attorneys for Plaintiffs*

/s/ *GREGORY J. LUCHT*

GREGORY J. LUCHT (0075045)
JEREMY GILMAN (00014144)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588
E-mail:       glucht@beneschlaw.com
              jgilman@beneschlaw.com
*Attorneys for Defendant CRST, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing document was filed electronically on the 13th  day of April, 2012 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

*/s/  GREGORY J. LUCHT*
*One of the Attorneys for Defendant*