Motion granted 4/27/12; amended complaint to be filed upon receipt of this marginal entry.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICTJUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST, INC.,<br><br>Defendant. | CASE NO. 1:11-CV-2615<br><br>UNITED STATES DISTRICT JUDGE JAMES S. GWIN |

**UNOPPOSED PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

Bruce White, on behalf of himself and all others similarly situated, and hereby moves the Court pursuant to Fed. R. Civ. P. 15(a) for leave to file a First Amended Class Action Complaint, attached hereto as Exhibit "A", to conform to the evidence adduced during discovery. The First Amended Complaint clarifies White's status as an applicant by non in-person means, such that his claims are governed by 15 U.S.C. § 1681b(b)(2)(B) and 15 U.S.C. § 1681b(b)(3)(B). Counsel for CRST, Inc. has no objection to the filing of this Motion.

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA

By: /s/ Matthew A. Dooley
Matthew A. Dooley (OH Bar 0081482)
Dennis M. O'Toole (OH Bar 0003274)
Anthony R. Pecora (OH Bar 0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@sheffieldlaw.com
dotoole@sheffieldlaw.com
apecora@sheffieldlaw.com
*Counsel for Bruce White and the putative Class*