Motion granted, in part, 5/6/12. The Court extends the dates as noted below:
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated | ) CASE NO. 1:11-CV-02615 |
| | ) |
| | ) JUDGE: JAMES S. GWIN |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) **JOINT MOTION TO MODIFY** |
| CRST, INC. | ) **CASE MANAGEMENT SCHEDULE** |
| | ) |
| Defendant. | ) |

Plaintiff to identify experts by 5/9/12; defendant to identify experts by 6/23/12; dispositive discovery due by 6/7/12; dispositive motions to be filed by 6/14/12 with responses due 6/28/12 and replies due 7/5/12; status conference set for 6/8/12 at 9:00 a.m.; class certification discovery due by 6/14/12; class certification motion due by 6/21/12 with response due 7/5/12 and reply due 7/12/12; all discovery due by 9/27/12; final pretrial conference set for 10/17/12 at 8:30 a.m., and jury trial assigned on a two-week standby basis beginning 10/22/12 at 8:00 a.m.