**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN  DIVISION**

| | | |
|---|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated | ) ) ) | CASE NO.  1:11-CV-02615 |
| | ) | JUDGE:  JAMES S. GWIN |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION** |
| vs. | ) ) | **OF COUNSEL** |
| CRST, INC. | ) ) | |
| Defendant. | ) | |

Please be advised that David M. Krueger, Esq. of Benesch, Friedlander, Coplan & Aronoff, LLP, Suite 2300, 200 Public Square, Cleveland, Ohio 44114-2378, hereby enters his appearance as co-counsel of record on behalf of Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.), in the above-captioned matter, substituting for Molly M. Lukenbill.  Jeremy Gilman and Gregory J. Lucht remain as counsel in this action.  All pleadings, papers and notices should be directed to all of the undersigned.

Dated: May 15, 2011.

Respectfully submitted,

 /s/ *David M. Krueger*
GREGORY J. LUCHT (0075045)
JEREMY GILMAN (00014144)
DAVID M. KRUEGER (0085072)
**BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
E-mail: glucht@beneschlaw.com
　　　jgilman@beneschlaw.com
　　　dkrueger@beneschlaw.com
*Attorneys for Defendant CRST, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 15th day of May, 2012 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

/s/ *David M. Krueger*_____
*One of the Attorneys for Defendant CRST, Inc.*