Substitution approved 5/15/12.

s/    James S. Gwin

JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN  DIVISION

| | | |
|---|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated | ) ) ) | CASE NO.  1:11-CV-02615 |
| Plaintiff, | ) ) ) | JUDGE:  JAMES S. GWIN |
| vs. | ) ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| CRST, INC. | ) ) ) | |
| Defendant. | ) | |

Please be advised that David M. Krueger, Esq. of Benesch, Friedlander, Coplan & Aronoff, LLP, Suite 2300, 200 Public Square, Cleveland, Ohio 44114-2378, hereby enters his appearance as co-counsel of record on behalf of Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.), in the above-captioned matter, substituting for Molly M. Lukenbill.  Jeremy Gilman and Gregory J. Lucht remain as counsel in this action.  All pleadings, papers and notices should be directed to all of the undersigned.

Dated: May 15, 2011.

Respectfully submitted,

/s/ *David M. Krueger*
GREGORY J. LUCHT (0075045)
JEREMY GILMAN (00014144)
DAVID M. KRUEGER (0085072)
**BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
E-mail: glucht@beneschlaw.com
jgilman@beneschlaw.com
dkrueger@beneschlaw.com
*Attorneys for Defendant CRST, Inc.*

7159846 v1