# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CRST, INC. )<br><br>Defendant. ) | CASE NO. 1:11-CV-02615<br><br>JUDGE: JAMES S. GWIN<br><br><br><br>**NOTICE OF VIDEO DEPOSITION OF PLAINTIFF BRUCE WHITE** |

Pursuant to Rule 32 of the Federal Rules of Civil Procedure and Rule 32.1 of the Local Rules, Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.) gives notice that it will take the video deposition, by and through counsel, upon oral examination, of Bruce White on May 25, 2012 at 9:00 a.m. The deposition will be conducted at the offices of Benesch, Friedlander, Coplan & Aronoff LLP, Suite 2300, 200 Public Square, Cleveland, Ohio 44114.

The deposition will commence before a certified court reporter, notary public or other officer duly authorized to administer oaths. Such deposition will proceed as if on cross-examination and will continue from day to day until completed.

Respectfully submitted,

 */s/ GREGORY J. LUCHT*
GREGORY J. LUCHT (0075045)
JEREMY GILMAN (00014144)
DAVID M. KRUEGER (0085072)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: glucht@beneschlaw.com
jgilman@beneschlaw.com
dkrueger@beneschlaw.com
*Attorneys for Defendant CRST, Inc.*

7164922 v1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was filed electronically on the 16th day of May, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

*/s/ GREGORY J. LUCHT*
*One of the Attorneys for Defendant*