IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Cleveland Division

**BRUCE WHITE,**
**on behalf of himself and others**
**similarly situated**

       **Plaintiff**

v.                                     **CASE NO. 1:11cv02615-JG**

**CRST, INC.**

       **Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                                  **BRUCE WHITE,**

                                                  /s/
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION
                                          ASSOCIATES, P.C.
                                          12515 Warwick Boulevard, Suite 100
                                          Newport News, Virginia 23606
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          lenbennett@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of May, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David M. Krueger, Esq.
Benesch, Fridlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 363-4683
(216) 363-4588
dkrueger@beneschlaw.com

Gregory J. Lucht, Esq.
Benesch, Fridlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 363-4683
(216) 363-4588
glucht@beneschlaw.com

Jeremy Gilman, Esq.
Benesch, Fridlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 363-4683
(216) 363-4588
jgilman@beneschlaw.com

Molly M. Lukenbill, Esq.
Benesch, Fridlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 363-4683
(216) 363-4588
mlukenbill@beneschlaw.com

                /s/
Leonard A. Bennett, VSB#37523
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660 telephone
(757) 930-3662 facsimile
lenbennett@clalegal.com