Motion denied 5/29/12.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BRUCE WHITE on Behalf of Himself and All Others Similarly Situated,** | |
| Plaintiff, | CASE NO. 1:11-CV-2615 |
| v. | |
| **CRST, INC.,** | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| Defendant. | |

## JOINT MOTION TO REFER CASE TO MEDIATION AND TEMPORARILY STAY PROCEEDINGS

Plaintiff, Bruce White, and Defendant, CRST, Inc. (collectively the "Parties") jointly move the Court for entry of an order referring the case to United States District Judge Dan Aaron Polster and temporarily staying proceedings for thirty (30) days pending mediation.

1.     On May 6, 2012, the Court entered an order extending the deadline to complete discovery in support of dispositive motions until June 7, 2012.

2.     Defendant conducted the deposition of the Named Plaintiff on May 25, 2012, and Plaintiff has scheduled the depositions of Defendant's employees on May 30-31, 2012 in Cedar Rapids, Iowa.

3.     The Parties have been working diligently to comply with the Court's scheduling order and have engaged in substantial written discovery.

4.     The Parties have exchanged information with each other and believe they presently have a sufficient understanding of each parties' claims, defenses and positions to commence a meaningful mediation process.

5.     The Parties propose that the Court refer the case to United States District Judge Dan