MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

                        Date:                6/8/12
                        Judge:              James S. Gwin
                        Case No.:       1:11cv02615
                        Court Reporter:  None

BRUCE WHITE, ON BEHALF OF    )
HIMSELF AND ALL OTHERS        )
SIMILARLY SITUATED,            )
                                         )
      Plaintiff,                  )
                                         )
vs.                                       )
                                         )
CRST, INC.,                       )
                                         )
      Defendant.               )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 15 min.                                      *s/    Gwen Mackey*
                                                                       Courtroom Deputy Clerk