IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated ) | CASE NO. 1:11-CV-02615 |
| ) | |
| Plaintiffs, ) | JUDGE: JAMES S. GWIN |
| ) | |
| vs. ) | |
| ) | |
| CRST, INC. ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| STATE OF IOWA ) | |
| ) | SS: AFFIDAVIT OF BRANDI NORTHWAY |
| COUNTY OF LINN ) | |

Now comes Affiant, Brandi Northway, being first duly sworn, having knowledge of the facts contained herein, and under penalty of perjury, states as follows:

1. I have personal knowledge of the facts recited herein, I am competent to testify to the same at any trial or hearing in this cause, and such facts are true.

2. I am now, and was in September of 2009, a driver recruiter for CRST, Inc. (n/k/a CRST Expedited, Inc.) ("CRST"), the Defendant in the case captioned *Bruce White, on behalf of himself and all other similarly situated v. CRST, Inc.*, United States District Court for the Northern District of Ohio, Case No. 1:11-CV-2615.

3. The attached **Exhibit A** is a true and accurate copy of the email with attachments I received from Jean Wallace of Roadmaster on September 10, 2009, regarding Bruce White's employment application.

# EXHIBIT 3

4. The attached **Exhibit B** is a true and accurate copy of the email communications between me and Jean Wallace of Roadmaster on September 18, 2009, regarding Bruce White's employment application.

5. The attached **Exhibit C** is a true and accurate copy of Bruce White's criminal background report that was requested by CRST on December 1, 2009.

6. The attached **Exhibit D** is a true and accurate copy of a screenshot of the internal Tenstreet software used by CRST employees to communicate with each other regarding applicants. The communications in **Exhibit D** were made at the same time as evidenced by their time stamp. These records are kept in the regular course of business and it is CRST's custom, habit, and practice of using the Tenstreet software for internal communication and for making and retaining these records.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
BRANDI NORTHWAY

SWORN TO BEFORE ME and subscribed in my presence this 13 day of June, 2012.

_____
NOTARY PUBLIC

KIMBERLY J. BATEMAN
Commission Number 147278
My Commission Expires
11/6/2013