| From: | "Jean Wallace" <JWallace@roadmaster.com> |
|---|---|
| To: | "'Brandi Northway/crst_inc'" <BNorthway@crst.com> |
| Date: | 09/10/2009 09:57 AM |
| Subject: | Roadmaster - Bruce White |

2/23/2012

# EXHIBIT A

CONFIDENTIAL
CRST002012

Thanks,
Jean Wallace
Finance/Placement Manager
Roadmaster Drivers School of Tulsa,OK
Phone: (918) 834-6221
FAX: (918) 834-6227
E-Mail: jwallace@roadmaster.com
Web: http://www.roadmaster.com

PRIVACY/CONFIDENTIALITY NOTICE:

This message contains private, confidential, or legally privileged information and is intended for only the original intended recipient .If you are not the intended recipient or have received this e-mail in error, please notify bball@careerpathtraining.com immediately by return e-mail or phone at 813-831-4490 and delete all copies of this e-mail, including all attachments without reading them or saving to any storage device. If you are the intended recipient(s) you will need to secure the contents conforming to all applicable state and/or federal requirements relating to the privacy and confidentiality of such information, including the HIPAA Privacy guidelines. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender and Career Path Training Corp. therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

2/23/2012

CONFIDENTIAL
CRST002013



*Roadmaster Tulsa*

CRST Van Expedited, Inc.
3930 16th Avenue SW
Cedar Rapids, Iowa 52404
800-553-2778
Fax 800-896-2778

☐ **COMPANY DRIVER APPLICATION**
☐ **INDEPENDENT CONTRACTOR APPLICATION**

Applicants are considered for positions without regard to race, color, creed, age, sex, disability, or national origin.

## I. GENERAL

*Please print plainly and complete all blanks*

Date: _____

Name: **Bruce** (First) **Dewayne** (Middle) **White** (Last)   Home Phone: (918) 439-9207

Current Address: **320** (Number) **S Garnett** (Street) **Tulsa** (City) **OK** (State) **74128** (Zip)

E-mail Address: _____   Cell Phone: (918) 991-9428

Other Addresses (Past 8 years): **320** **S** **Garnett** **Tulsa** **OK** **5 yr**

List all other names you have used: **N/A**

| Date of Birth | Social Security No. | Height | Weight | Marital Status: Single ___ Married ✗ Divorced ___ Separated ___ Remarried ___ Number of Dependents ___ |
|---|---|---|---|---|
| [redacted] | [redacted] | 6'4" | 208 lbs | |

| | Name | Address (Number, Street, City, State, Zip) | Phone # | Occupation | Company-Employed |
|---|---|---|---|---|---|
| Name of Father | | | | | |
| Name of Mother | | | | | |
| Name of Spouse | | | | | |

IN CASE OF EMERGENCY NOTIFY: **Lisa Benson**   **320 S Garnett Tulsa OK**   Phone: **918-439-9207**
Relationship: **Wife**

Do you have any friends or other relatives employed by this company? ☐ Yes ✗ No
Name: _____   Relationship: _____

Three personal references, other than relatives:

Name: **Lisa Benson**   Workday Telephone #: (918) 439-9207
Name: **Percy White**   Workday Telephone #: 918 439-1887
Name: _____   Workday Telephone #: _____

### LICENSE
List **ALL** driver's licenses/permits held in past.

| STATE | LICENSE NUMBER | TYPE | EXPIRATION DATE |
|---|---|---|---|
| OK | P08520492 | B | 09-30-2012 |
| | | | |

Is your current license a CDL? ✗ Yes ☐ No   State **OK**   Endorsements: 1) Combination vehicles over 26,001 lbs. ✗ Yes ☐ No
2) Hazardous material ☐ Yes ☐ No
3) Air brakes ✗ Yes ☐ No

How did you hear about this company? ☐ Advertisement – Name of Publication _____
☐ Friend ☐ Relative ✗ Other **School**

Referred by CRST Employee: _____   ID #: _____   Terminal: _____

CONFIDENTIAL
CRST002014

## II. EMPLOYMENT RECORD FOR PAST 10 YEARS

Begin with your present or most recent job and work backward in order, listing your employers for at least the past 10 years including all full-time and part-time employment. All time must be accounted for including military service, self-employment and periods of unemployment. Use supplementary sheet if necessary. **We must have telephone numbers. Include periods of unemployment.**

**Current Or Most Recent Employer:** Name: Vito Ameica  Supervisor: Roy Shep___
Are you presently employed? Yes ___ No X   May we call your current employer? Yes X No ___
Telephone: (918) 583-881_  Address: 1120 E 1st Tulsa, OK
Position Held: Dock/Worker  From: 12/08  To: 3/09  Rate of Pay: 11.00
Why do you want to change employers? hope to make more money
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Second Last Employer:** Name: Tulsa Transit Ctr  Supervisor: Kathy Boyer
Telephone: (918) 582-2108  Address: 1403 E 5th Ct Tulsa, OK
Position Held: Driver  From: 1/06  To: 12/07  Rate of Pay: 11.00
Reason for leaving? misunderstanding
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Third Last Employer:** Name ___  Supervisor ___
Telephone ( ) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Fourth Last Employer:** Name ___  Supervisor ___
Telephone ( ) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Fifth Last Employer:** Name ___  Supervisor ___
Telephone ( ) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Sixth Last Employer:** Name ___  Supervisor ___
Telephone ( ) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___
Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

☐ Check here if additional sheet(s) are attached.

CONFIDENTIAL
CRST002015

## III. DRIVING RECORD

### TRAFFIC CONVICTIONS/FORFEITURES

List **ALL** vehicle moving traffic convictions and forfeitures for the past three years (IF NONE, WRITE NONE)

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |
| | | | |
| | | | |

### ACCIDENT RECORD

List **ALL** accidents/incidents with vehicles for past three years, include preventable and non-preventable, WHETHER OR NOT ON MVR. (IF NONE, WRITE NONE)

| Date | Type of Vehicle | Nature of Accident (Head-on, rear-end, upset, etc.) | Indicate Preventable or Non-Preventable | Fatalities | Injuries | Any Vehicle Towed |
|---|---|---|---|---|---|---|
| | | N/A | | ☐ Yes ☐ No | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | ☐ Yes ☐ No | |

A. Do you have any restrictions from working in the United States? ☐ Yes ☑ No
B. Have you ever been denied a license, permit or privilege to operate a motor vehicle? ☐ Yes ☑ No
C. Have you ever had a license, permit or privilege suspended or revoked? ☐ Yes ☑ No
D. Have you ever been convicted for driving while under the influence of alcohol or drugs? ☐ Yes ☑ No
E. Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine, or derivative thereof? ☐ Yes ☑ No
F. Have you ever been refused liability insurance? ☐ Yes ☑ No
G. Have you ever been convicted of a Felony? ☐ Yes ☑ No
H. Do you have any Felonies Pending? ☐ Yes ☑ No
I. Have you ever been convicted of a Misdemeanor? ☑ Yes ☐ No
J. Have you ever been disqualified to drive by Federal Regulations? ☐ Yes ☑ No
K. Have you ever been refused a security bond? ☐ Yes ☑ No
L. Have you ever failed a Controlled Substance Test, including pre-employment test? ☐ Yes ☑ No
M. Have you ever tested 0.02 or greater on an Alcohol Test, including pre-employment test? ☐ Yes ☑ No
N. Have you ever refused a Controlled Substance or Alcohol Test, including pre-employment test? ☐ Yes ☑ No

If answer to any question is yes, state details, circumstances, and date: _1992 Discharging a fire arm shot up in the air_

## IV. EDUCATIONAL BACKGROUND

Can you read English? ☑ Yes ☐ No    Speak English? ☑ Yes ☐ No    Write English? ☑ Yes ☐ No

| Type of School | Name and City/State | Graduated | How many years attended? | Major |
|---|---|---|---|---|
| Grade | Anderson | ☑ Yes ☐ No | 4 | |
| High School | East Central | ☐ Yes ☐ No | 4 | |
| College | West Eastern | ☐ Yes ☑ No | 5 | Sp. Education |
| Graduate | | ☐ Yes ☐ No | | |
| Trade School | Tulsa Vo Tech | ☑ Yes ☐ No | | |
| Driving School | Road master | ☐ Yes ☐ No | Graduation Date: | |

CONFIDENTIAL
CRST002016

## V. NATURE AND EXTENT OF EXPERIENCE

| Type | Trailer Length | Dates From | Dates To | Approx. Number of Miles | States Operated |
|---|---|---|---|---|---|
| Tractor with Flatbed | | | | | |
| Tractor with Van | | | | | |
| Tractor with Reefer | | | | | |
| Tractor with Tank | | | | | |
| Straight Truck | | | | | |
| Other (Specify) | | | | | |
| Other (Specify) | | | | | |

## VI. CERTIFICATION OF COMPLIANCE

I hereby certify I possess only a driver's license for the state of my residence and have returned all other(s) I may have possessed to the State(s) of issuance, other than the license(s) listed below.

Operator's Signature _____ Date 9/7/09

License # 208059092 State OK

## VII. GENERAL INFORMATION

I was recommended by: _____ I will drive for: _____

I am an independent contractor and have a _____ Year _____ Make _____ Unit # _____ Tractor

Additional Information: _____

## VIII. MILITARY STATUS

Have you served in the U.S. Armed Forces: ☒ Yes ☐ No   Branch? Army   Dates: From 7/91 to 6/99

DD214 Narrative reason for discharge: _____

Honorable discharge? ☒ Yes ☐ No

Do you have a DD214? ☐ Yes ☐ No

PLEASE INCLUDE YOUR DD214 IF MILITARY SERVICE WAS IN THE LAST THREE YEARS.

CONFIDENTIAL
CRST002017

## OVER-THE-ROAD DRIVER JOB DESCRIPTION

An over-the-road driver must be able to pick up, transport and deliver product in a safe, professional, courteous and timely manner, driving a semi-tractor in the contiguous 48 states, with up to a 53' trailer.

This driver is the single direct contact responsible for good public relations with the motoring public and with existing and prospective clients and customers. The driver must be able to communicate orally and in writing with others including company representatives, fellow drivers, and customers. The driver must be able to read, write and do basic math to properly complete bills of lading, tripsheets, logs, accident, and cargo claims paperwork. The driver must be able to read and understand maps.

The driver must know and understand Department of Transportation rules and regulations pertaining to over-the-road drivers, equipment, and cargo listed in the Federal Motor Carrier Safety Regulations. The driver must understand and comply with company policies and procedures.

The driver must have a basic mechanical knowledge of a tractor/trailer. The driver must be able to perform DOT equipment inspections, hook/unhook trailers, and enter and exit the tractor and trailer. The driver must be able to shift manual transmission engines, control the steering wheel, operate the brake and accelerator pedals, and be able to back and park a tractor-trailer unit.

The driver must meet DOT standards for physical exam, drug test, and commercial drivers' license as well as company standards.

The driver must be able to drive up to a 10 hour shift and up to 70 hours per week. In the coast-to-coast team operation, the driver must work effectively with their co-driver to perform their job responsibilities while working relatively long hours and performing repetitive work in a tractor. This may require the driver to be away from home 21 days or more at a time, work with variable work/rest cycles due to frequent deadlines and meeting delivery schedules, be exposed to environmental extremes, and encounter day-to-day stressful situations.

Drivers on occasion must load and unload trailers handling weights of up to 75 pounds and be able to mount snow chains on tires. Drivers may be required to use loading/unloading devices such as electric floor jacks and hand dollies.

This job description is intended to accurately state the working conditions and the tasks that must be performed for this job. However, the description is not an exhaustive list and the driver may be required to perform other tasks or other work from time to time as assigned to the driver by his supervisor or management.

1. Have you reviewed the job description above? ☑ Yes ☐ No
2. Have the requirements of this job been explained to you? ☑ Yes ☐ No
3. Do you understand these requirements? ☑ Yes ☐ No
4. Can you perform the requirements of this job with or without reasonable accommodation? ☑ Yes ☐ No

## IX. AGREEMENT

**TO BE READ AND SIGNED BY APPLICANT**

This application for employment and any resulting conditional job offer or contract of hire, shall be deemed to be completed and executed in the state of Iowa.

It is agreed and understood that any misrepresentations of any information by applicant shall be considered an act of dishonesty and may subject applicant to immediate discharge if hired.

It is agreed and understood that the employer or his agents may investigate the applicant's background to ascertain any and all information of concern to applicant's record, including all information on any Alcohol and Controlled Substance Testing/Training Records, whether same is of record or not, and applicant releases former and/or current employers named herein from all liability for any damages for furnishing such information. It is understood that the information in this application will be used and that prior employers will be contacted for purposes of investigation as required by the motor carrier safety regulations. I further release and agree to hold harmless any previous or current employer as well as any employee, agent, or representative thereof from all liability of damage that may arise from the release of these results.

It is also agreed and understood that under the Fair Credit Report Act, Public Law 91-508, I have been told that this investigation may include an Investigative Consumer Report, including information regarding my character, general reputation, personal characteristics, and mode of living.

I agree to furnish such additional information and complete such examinations as may be required to complete my employment file.

(MA) – "An applicant for employment with a sealed record on file with the commissioner of probation may answer 'no record' with respect to any inquiry herein relative to prior arrests, criminal court appearances or convictions. An applicant for employment with a sealed record on file with the commissioner of probation may answer 'no record' with respect to any inquiry relative to prior arrests, court appearances and adjudications in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution."

(PA) – I authorize my employer to obtain from the Registry of Motor Vehicles a copy of my Motor Vehicle Violations Record.

It is understood that this application for employment and any conditional offer of employment is in no way obligates the employer to employ me and it is understood that if hired, my employment is "at will." The terms of my at-will employment can only be changed by written contract, signed by an officer of CRST.

I agree that any compensation as a result of Worker Compensation Injury or illness shall be governed by and according to the benefits provided by the state of Iowa.

It is agreed that the applicant, by presenting the application for employment, represents that the statements given by the applicant to the information requested in the application are true, correct and complete, and that any false, misleading or incomplete statements of the information requested in this application shall be sufficient grounds for discharge if employed.

It is agreed and understood that as a condition of employment, all drivers will be subject to drug/alcohol testing and a physical examination.

I affirm that I have a genuine interest and no other purposes in applying for a job with the company.

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

9/7/09                     _____
Date                        Applicant's Signature

---

**FOR OFFICE USE ONLY**

Hire Date: _____          Termination Date: _____

CONFIDENTIAL
CRST002018

## DISCLOSURE AND RELEASE

In connection with my application for employment including contract for services with you, I understand that consumer reports which may contain public information may be requested from DAC Services, Tulsa, Oklahoma. These reports may include the following types of information: names and dates of previous employers, reason for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC concerning previous driving record requests made by others from such state agencies, and state provided driving records.

I AUTHORIZE WITHOUT RESERVATION, ANY PARTY OR AGENCY CONTACTED BY DAC TO FURNISH THE ABOVE-MENTIONED INFORMATION WITH REGARD TO THIS APPLICATION FOR EMPLOYMENT.

I have a right to make a request to DAC, upon proper identification, of the nature and substance of all information provided with regard to the undersigned; and the names of the recipients of any reports about me which DAC has previously furnished within the two-year period preceding my request.

I hereby authorize procurement of consumer report(s). If hired or contracted, this authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment or contract period.

_Bruce White_
Print Name

███████████████
Social Security No.

_[signature]_
Applicant's Signature

09/07/03
Date



**CRST VAN EXPEDITED**

CONFIDENTIAL
CRST002019

View Reports - Subject List                                             Page 2 of 2

## US MVR Express

Customer:           Roadmaster Driving School Of Tulsa Inc (183214)
Actor:              Donna Jay (131113donna)
SSN:

```
================================================================
                     .... M V R   R E P O R T ....
----------------------------------------------------------------
STATE: OKLAHOMA           D R I V E R   I N F O R M A T I O N
----------------------------------------------------------------
WHITE, BRUCE DEWAYNE                    REF:
LICENSE: P080590442
----------------------------------------------------------------
DOB:          SOC/SEC:         SEX:  HGT:   WT:   EYES:   HAIR:
REQUESTED AS/ALSO KNOWN AS: WHITE P080590442 062870

          D R I V E R   L I C E N S E   I N F O R M A T I O N
----------------------------------------------------------------
CLASS            ISSUED   EXPIRES  STATUS            RESTRICTIONS
----------------------------------------------------------------
CDL B                     09/30/13 SEE STATUS BELOW

   M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
----------------------------------------------------------------
   CLASS: CDL-B=VEH OVER 26000 GCWR OR MORE, TOWED UNIT UNDER 1000
   STATUS: DEPT. OF PUBLIC SAFETY RECORDS VERIFY WHITE,BRUCE DEWAYNE  IS NOT
           CONTIN : CURRENTLY UNDER SUSPENSION/REVOCATION.
           ENDOR : P
   ENDOR: P=PASSENGER
    MISC: THREE (3) YEAR DRIVING SUMMARY AS OF: 16:17   08-19-2009
    MISC: CURRENT POINT LEVEL --->00
    MISC: CDL=Y

              D R I V I N G   R E C O R D   I N F O R M A T I O N
----------------------------------------------------------------
TYPE V/S-DATE C/R-DATE DESCRIPTION                    V/C-CODE  PTS
----------------------------------------------------------------
CONV 01/26/08 02/07/08 TULSA     CTY - OPERATING M.V. W/O
                       CURRENT LICENSE PLATE

----------------------------------------------------------------
DAC RPT#:231-     DAC ACCT#:10322-   DAC REP#:103220908191615
DMV DATE:08/19/09 DMV ACCT#:
================================================================
V/S-DATE=Violation/Suspension Date   C/R-DATE=Conviction/Reinstatement Date
```

Copyright 2009© HireRight. All Rights Reserved 120

HireRight.

CONFIDENTIAL
CRST002020

OCIS Case Summary for CF-1992-4611- STATE OF OKLAHOMA v. BRUCE D WHI... Page 1 of 5

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| STATE OF OKLAHOMA, Plaintiff, v. BRUCE D WHITE, Defendant. | No. CF-1992-4611 (Criminal Felony) Filed: 10/23/1992 Closed: 11/24/1992 Judge: Dalton, Jay D. |
|---|---|

### Parties

STATE OF OKLAHOMA , Plaintiff
Tulsa Police Department , ARRESTING AGENCY
WHITE, BRUCE D , Defendant

### Attorneys

| Attorney | Represented Parties |
|---|---|
| BISHOP, DOUGLAS(Bar # 814) 8412 NORTH 116TH EAST AVE OWASSO, OK 74055 | |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, October 29, 1992 at 10:00 AM ARRAIGNMENT (ARR) | WHITE, BRUCE D | Arraignment Docket | |
| Tuesday, November 24, 1992 at 9:00 AM PRELIMINARY HEARING - ISSUE (PLI) | WHITE, BRUCE D | Preliminary Hearing Docket | |
| Tuesday, January 12, 1993 at 9:00 AM COURT COSTS DUE (CCD) | WHITE, BRUCE D | Preliminary Hearing Docket | |

### Counts

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: SWIK, SHOOTING WITH INTENT TO KILL , in violation of 21 O.S. 652
Date Of Offense: 10/22/1992

*[handwritten: Reduced to]*

**Party Name:**   **Disposition Information:**

**Defendant:** WHITE, BRUCE D
Disposed: CONVICTION, 11/24/1992. Guilty Plea.
Count as Disposed: OTHER WEAPONS OFFENSES (MF: SWIK - RED TO DISCHARGING FIREARM) (OWPN)
Violation of 21 O.S. 1272-1289

*[handwritten: Shot gun up into the air]*

### Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 10-23-1992 | INFOD | - | | 19214329 | Oct 28 1992 12:00:00:000AM | uploadKRA | - | $ 0.00 |
| | INFORMATION SHOOTING WITH INTENT TO KILL | | | | | | | |
| 10-23-1992 | TEXT | - | WHITE, BRUCE D | 19486526 | Oct 26 1992 12:00:00:000AM | |559153|5-30 | - | $ 0.00 |

REQUESTED BY MW

CONFIDENTIAL
CRST002021

[Redacted protected health information]

CONFIDENTIAL
CRST002022

[Redacted protected health information]

CONFIDENTIAL
CRST002023



[Redacted protected health information]

CONFIDENTIAL
CRST002024