From:       "Jean Wallace" <JWallace@roadmaster.com>

To:         "Brandi Northway/crst_inc" <BNorthway@crst.com>

Date,       09/18/2009 01:21 PM

Subject:    RE: Roadmaster - Bruce White

3/23/2012

# EXHIBIT B

CONFIDENTIAL
CRST002029

Yes, intent to kill but reduced to discharge of a firearm.

Jean Wallace
Finance/Placement Manager
918-834-6221

-----Original Message-----
From: Brandi Northway/crst_inc [mailto:BNorthway@crst.com]
Sent: Friday, September 18, 2009 1:18 PM
To: Jean Wallace
Subject: RE: Roadmaster - Bruce White

Right.... he has a Misd. for Discharge of a firearm .....  correct?

Brandi Northway
Driver Development
CRST Van Expedited, Inc.
Phone Number:  (319) 390-6207
Email:  bnorthway@crst.com

From:        "Jean Wallace" <JWallace@roadmaster.com>

To:          "'Brandi Northway/crst_inc'" <BNorthway@crst.com>

Date:        09/18/2009 12:32 PM

Subject:     RE: Roadmaster - Bruce White

This is for real?  You looked at the background reports I sent, right?

Thank you,

Jean Wallace
Finance/Placement Manager
918-834-6221
-----Original Message-----
From: Brandi Northway/crst_inc [?mailto:BNorthway@crst.com]
Sent: Friday, September 18, 2009 10:24 AM
To: Jean Wallace
Subject: Re: Roadmaster - Bruce White

Jean:  I have attached a pre hire letter for Bruce White.

2/23/2012

CONFIDENTIAL
CRST002030

(See attached file: Bruce White- Pre Hire Letter.pdf)

Thank you,

Brandi Northway
Driver Development
CRST Van Expedited, Inc.
Phone Number:  (319) 390-6207
Email:  bnorthway@crst.com

| | |
|---|---|
| From: | "Jean Wallace" <JWallace@roadmaster.com> |
| To: | "'Brandi Northway/crst_inc'" <BNorthway@crst.com> |
| Date: | 09/10/2009 09:57 AM |
| Subject: | Roadmaster - Bruce White |

Thanks,
Jean Wallace
Finance/Placement Manager
Roadmaster Drivers School of Tulsa,OK
Phone: (918) 834-6221
FAX: (918) 834-6227
E-Mail: jwallace@roadmaster.com
Web: http://www.roadmaster.com

PRIVACY/CONFIDENTIALITY NOTICE:

This message contains private, confidential, or legally privileged
information and is intended for only the original intended recipient .If
you are not the intended recipient or have received this e-mail in error,
please notify bball@careerpathtraining.com immediately by return e-mail or
phone at 813-831-4490 and delete all copies of this e-mail, including all
attachments without reading them or saving to any storage device. If you
are the intended recipient(s) you will need to secure the contents
conforming to all applicable state and/or federal requirements relating to
the privacy and confidentiality of such information, including the HIPAA
Privacy guidelines.  E-mail transmission cannot be guaranteed to be secure
or error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The sender and

2/23/2012

CONFIDENTIAL
CRST002031

Career Path Training Corp. therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.
[attachment "White-CRST.pdf" deleted by Brandi Northway/crst_inc]

2/23/2012

CONFIDENTIAL
CRST002032