**Company:** CRST Van
**User:** Brandi Northway    **Subaccount:** 085
**Subject:** Bruce White    **Product:** 20/20 Insight Criminal Records Database

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

```
                        HIRERIGHT SOLUTIONS, INC.
             20/20 INSIGHT CRIMINAL RECORDS DATABASE HISTORY RECORD
-------------------------------------------------------------------------------
              20/20 INSIGHT CRIMINAL RECORDS DATABASE REQUEST INFORMATION
-------------------------------------------------------------------------------
NAME: WHITE, BRUCE D
DOB:              SSN:
GENDER: M     RACE: U
REQUEST DATE:     12/1/2009
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE


              20/20 INSIGHT CRIMINAL RECORDS DATABASE FILE INFORMATION
-------------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(BRU)  BIRTHDATE
NAME:   WHITE, BRUCE D
DOB:
-------------------------------------------------------------------------------
                         CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------------------

SOURCE:               OKLAHOMA ADMINISTRATIVE OFFICE OF THE COURTS
OFFENDER ADDRESS:     1011 E 60TH ST APT 413
TULSA OK 741058319
EYE COLOR:            BROWN
HAIR COLOR:           BLACK
HEIGHT:               5'9"
WEIGHT:               160 LBS

    OFFENSE CODE:         21OS652
    OFFENSE:              SWIK, SHOOTING WITH INTENT TO KILL
    OFFENSE DATE:         10/22/1992
    ARRESTING AGENCY:     TULSA POLICE DEPARTMENT
    DATE FILED:           10/23/1992
    COURT CASE NUMBER:    CF-1992-4611
    DISPOSITION DATE:     11/24/1992
    DISPOSITION:          CONVICTION, GUILTY PLEA.
```

1

# EXHIBIT C

CONFIDENTIAL
CRST000053

```
------------------------------------------------------------------------
ORDER #:  68977574      REQUEST #:  120126767     DATA FILE DATE:  02/09/2009
------------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
------------------------------------------------------------------------
This report is obtained from a commercial database that contains public record
information from various sources across the United States.  These records are
included in this report because the search criteria for matching personal iden-
tifiers such as name, date of birth, social security number, etc., as available,
suggested that these record(s) matched the information you provided for the
subject of the report. Because these records may not necessarily relate to the
subject you inquired about, you should use this report to broaden the scope
of the background search of the subject to include the jurisdictions and/or
the names contained in this report.
------------------------------------------------------------------------
```

**Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.**

2

CONFIDENTIAL
CRST000054