| App View | Notes | Documents | Process | Tagging |

**White, Bruce D**
Internal App
12-01-2009 1:32:12 PM
(SSN)
918-438-9287 (phone)
918-331-4478 (alt phone)
· Print ·
Pay Code = R00
Orientation Date = 12-07-2009

Hide From Worklist ☑
Status
Not Qualified
Worklist
Non-Contract Students
Recruiter:
Brandi Northway
Referencer:
Not Assigned

| Note | Entered | Next Action |
|---|---|---|
| Tried to get in contact with Bruce to let him know not to attend orientation but his phone is not working and he has his bus ticket. Roadmaster is also trying to get in contact with him.... - Brandi Northway | 12-04-09 1:39PM | No Date |
| I understand he pled it down but he shot at someone, DMS. - From: Randy Kopecky Rem to: Brandi Northway | 12-04-09 12:45PM | 12-04-09 |

Completed Xchange Requests 1 of 1                                More Notes...

[Update Info]   [Lock to App View]

Notes | Add Note

| Note | Entered | Next Action | Closed | Delete |
|---|---|---|---|---|
| Tried to get in contact with Bruce to let him know not to attend orientation but his phone is not working and he has his bus ticket. Roadmaster is also trying to get in contact with him.... - Brandi Northway | 12-04-09 1:39PM | Add Date | Yes | |
| I understand he pled it down but he shot at someone, DMS. - Randy Kopecky Rem to: Brandi Northway | 12-04-09 12:45PM | 12-04-09 | Yes | |
| Randy: I have attached court docs for Mr. White's criminal case in 1992. On page 2 of the document you will see that he was convicted of a Misd. and given a $195.00. Would you please review since we now have more information and we are able to confirm the Misd. Charge only. Thank you! - Brandi Northway Rem to: Randy Kopecky | 12-04-09 12:25PM | 12-04-09 | Yes | |
| With the recent discharge and the weapon charges I would say DMS. - Randy Kopecky Rem to: Josh Bir | 12-04-09 11:15AM | 12-04-09 | ☑ | |
| Is this criminal acceptable? 20/20 shows 1992 shooting with intent to kill. Application shows this was a misdemeanor conviction and he only received a fine. Accurint provides no information about this offense. - Josh Bir Rem to: Randy Kopecky | 12-04-09 10:30AM | 12-04-09 | ☑ | Del |
| School Verification Completed. - Brandi Northway | 12-04-09 10:24AM | Add Date | Yes | |
| Response fax received from Roadmaster - Brandi Northway | 12-04-09 10:01AM | 12-04-09 | Yes | |
| Criminal approved. - Sherri Cook Rem to: Brandi Northway | 12-01-09 6:29PM | 12-01-09 | Yes | |
| Sherri: Need Criminal Approval.... 1992- Misd for Discharge of a fire arm- received a fine only. THANK YOU! - Brandi Northway Rem to: Sherri Cook | 12-01-09 1:37PM | 12-01-09 | Yes | |
| Orientation in OKC on 12.07.2009- bus out of Tulsa, OK. - Brandi Northway | 12-01-09 1:33PM | 12-01-09 | Yes | |

12/4 = Friday

OKC ORT
12/7/09

**EXHIBIT D**

CONFIDENTIAL
CRST000408