# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated </br></br> Plaintiff, </br></br> vs. </br></br> CRST, INC. </br></br> Defendant. | ) CASE NO.  1:11-CV-02615 </br> ) </br> ) JUDGE:  JAMES S. GWIN </br> ) </br> ) **NOTICE OF FILING DEPOSITION OF** </br> ) **BRUCE WHITE** </br> ) </br> ) </br> ) </br> ) |

Pursuant to Fed.R. Civ. P. 30(f)(4), please take notice that Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.) has filed the transcript (with exhibits) of the deposition of Bruce White, taken May 25, 2012, with this Court.

Dated:  June 14, 2012.

    Respectfully submitted,

    /s/ *Gregory J. Lucht*
    GREGORY J. LUCHT (0075045)
    JEREMY GILMAN (00014144)
    DAVID M. KRUEGER (0085072)
    **BENESCH FRIEDLANDER**
    **COPLAN & ARONOFF LLP**
    200 Public Square, Suite 2300
    Cleveland, Ohio 44114-2378
    Telephone:  (216) 363-4500
    Facsimile:   (216) 363-4588
    E-mail: glucht@beneschlaw.com
           jgilman@beneschlaw.com
           dkrueger@beneschlaw.com
    *Attorneys for Defendant CRST, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 14th day of June, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

/s/ *Gregory J. Lucht*
*One of the Attorneys for Defendant CRST, Inc.*

7197466 v1