11/30/2009 10:29  9182962150  WORKFORCE DOWNTOWN  PAGE 02

**CRST VAN EXPEDITED**

Roadmaster Tulsa

FAXED

CRST Van Expedited, Inc.
3930 16th Avenue SW
Cedar Rapids, Iowa 52404
800-553-2778
Fax 800-998-2778

☐ **COMPANY DRIVER APPLICATION**
☐ **INDEPENDENT CONTRACTOR APPLICATION**

Applicants are considered for positions without regard to race, color, creed, age, sex, disability, or national origin.

## I. GENERAL

*Please print plainly and complete all blanks*

Date: _____

Name: Bruce Dewayne White
    First / Middle / Last

Home Phone: (918) 439-9207

Current Address: 320 S Garnett Tulsa OK 74128
    Number / Street / City / State / Zip

E-mail Address: _____

Cell Phone: (918) 991-4478

Other Addresses (Past 6 years): 320 S Garnett Tulsa OK  5yr
    Number / Street / City / State / How Long

List all other names you have used: N/A

| Date of Birth | Social Security No. | Height | Weight | Marital Status: Single ___ Married X Divorced ___ Separated ___ Remarried ___ Number of Dependents ___ |
|---|---|---|---|---|
| [redacted] | [redacted] | 6'4" | 220 lbs | |

| Name of Father | Address (Number, Street, City, State, Zip) | Phone # | Occupation | Company-Employed |
| Name of Mother | Address (Number, Street, City, State, Zip) | Phone # | Occupation | Company-Employed |
| Name of Spouse | Address (Number, Street, City, State, Zip) | Phone # | Occupation | Company-Employed |

IN CASE OF EMERGENCY NOTIFY: Lisa Benson  320 S Garnett Tulsa OK  918-439-9207
    Name / Number / Street / City/State/Zip / Phone

Relationship: W/o

Do you have any friends or other relatives employed by this company? ☐ Yes ☒ No

Name: _____  Relationship: _____

Three personal references, other than relatives:

Name: Lisa Benson    Workday Telephone: (918) 439-9207
Name: Percy White    Workday Telephone: 918 439-1987
Name: _____    Workday Telephone: _____

### LICENSE

List ALL driver's licenses/permits held in past.

| STATE | LICENSE NUMBER | TYPE | EXPIRATION DATE |
|---|---|---|---|
| OK | D080590942 | B | 09-30-2012 |
| | | | |

Is your current license a CDL? ☒ Yes ☐ No  State: OK

Endorsements: 1) Combination vehicles over 26,001 lbs. ☒ Yes ☐ No
              2) Hazardous material ☐ Yes ☒ No
              3) Air brakes ☒ Yes ☐ No

How did you hear about this company?  ☐ Advertisement – Name of Publication _____
☐ Friend  ☐ Relative  ☒ Other  School

Referred by CRST Employee: _____  ID #: _____  Terminal: _____

**EXHIBIT 6**

11/30/2009 10:29   9182962150          WORKFORCE DOWNTOWN              PAGE   03

## II. EMPLOYMENT RECORD FOR PAST 10 YEARS

Begin with your present or most recent job and work backward in order, listing your employers for at least the past 10 years including all full-time and part-time employment. All time must be accounted for including military service, self-employment and periods of unemployment. Use supplementary sheet if necessary. **We must have telephone numbers.** Include periods of unemployment.

**Current Or Most Recent Employer:** Name _U.P.S. America_ Supervisor _Ray Shelton_
Are you presently employed? Yes ___ No _X_   May we call your current employer? Yes _X_ No ___
Telephone _(918) 593-8181_ Address _1120 E. 1st Tulsa, OK_
Position Held _Driver/Warehouse_ From _12/08_ To _5/09_ Rate of Pay _11.00_ Number of states driven in ___
Why do you want to change employers? _hope to make more money_
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Second Last Employer:** Name _Tulsa Transit_ Supervisor _Kathy Boyer_
Telephone _(918) 582-2100_ Address _1403 E 5th Ct Tulsa, OK_
Position Held _Driver_ From _1/06_ To _12/07_ Rate of Pay _11/hr_ Number of states driven in ___
Reason for leaving? _Misunderstanding_
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Third Last Employer:** Name ___ Supervisor ___
Telephone (___) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___ Number of states driven in ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Fourth Last Employer:** Name ___ Supervisor ___
Telephone (___) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___ Number of states driven in ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Fifth Last Employer:** Name ___ Supervisor ___
Telephone (___) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___ Number of states driven in ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

**Sixth Last Employer:** Name ___ Supervisor ___
Telephone (___) ___ Address ___
Position Held ___ From ___ To ___ Rate of Pay ___ Number of states driven in ___
Reason for leaving? ___
No. of Accidents ___ Please Explain ___

Periods of unemployment (if any): From (mo/yr) __/__ To (mo/yr) __/__

☐ Check here if additional sheet(s) are attached.

## III. DRIVING RECORD

### TRAFFIC CONVICTIONS/FORFEITURES
List ALL vehicle moving traffic convictions and forfeitures for the past three years (IF NONE, WRITE NONE)

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|------|------------------|--------|---------|
|      | N/A              |        |         |
|      |                  |        |         |
|      |                  |        |         |
|      |                  |        |         |

### ACCIDENT RECORD
List ALL accidents/incidents with vehicles for past three years, include preventable and non-preventable, WHETHER OR NOT ON MVR. (IF NONE, WRITE NONE)

| Date | Type of Vehicle | Nature of Accident (Head-on, rear-end, upset, etc) | Indicate Preventable or Non-Preventable | Fatalities | Injuries | Any Vehicle Towed |
|------|-----------------|-----|-----|-----|-----|-----|
|  |  | N/A |  | ☐ Yes ☐ No | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |  |
|  |  |  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |  |

A. Do you have any restrictions from working in the United States? ☐ Yes ☑ No
B. Have you ever been denied a license, permit or privilege to operate a motor vehicle? ☐ Yes ☑ No
C. Have you ever had a license, permit or privilege suspended or revoked? ☐ Yes ☑ No
D. Have you ever been convicted for driving while under the influence of alcohol or drugs? ☐ Yes ☑ No
E. Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine, or derivative thereof? ☐ Yes ☑ No
F. Have you ever been refused liability insurance? ☐ Yes ☑ No
G. Have you ever been convicted of a Felony? ☐ Yes ☑ No
H. Do you have any Felonies Pending? ☐ Yes ☑ No
I. Have you ever been convicted of a Misdemeanor? ☑ Yes ☐ No
J. Have you ever been disqualified to drive by Federal Regulations? ☐ Yes ☑ No
K. Have you ever been refused a security bond? ☐ Yes ☑ No
L. Have you ever failed a Controlled Substance Test, including pre-employment test? ☐ Yes ☑ No
M. Have you ever tested 0.02 or greater on an Alcohol Test, including pre-employment test? ☐ Yes ☑ No
N. Have you ever refused a Controlled Substance or Alcohol Test, including pre-employment test? ☐ Yes ☑ No

If answer to any question is yes, state details, circumstances, and date: _1992  Discharging A Fire Arm_
_shot up in the air  Misd $ Fine only_

## IV. EDUCATIONAL BACKGROUND

Can you read English? ☑ Yes ☐ No    Speak English? ☑ Yes ☐ No    Write English? ☑ Yes ☐ No

| Type of School | Name and City/State | Graduated | How many years attended? | Major |
|----------------|---------------------|-----------|--------------------------|-------|
| Grade | Anderson | ☑ Yes ☐ No | 4 |  |
| High School | Smith Central | ☑ Yes ☐ No | 4 |  |
| College | North Eastern | ☐ Yes ☑ No | 3 | SR Edacate |
| Graduate |  | ☐ Yes ☐ No |  |  |
| Trade School | Tulsa Vo Tech | ☑ Yes ☐ No |  |  |
| Driving School | Road master | ☐ Yes ☐ No  Graduation Date: |  |  |

## V. NATURE AND EXTENT OF EXPERIENCE

| Type | Trailer Length | Dates | | Approx. Number of Miles | States Operated |
|---|---|---|---|---|---|
| | | From | To | | |
| Tractor with Flatbed | | | | | |
| Tractor with Van | | | | | |
| Tractor with Reefer | | | | | |
| Tractor with Tank | | | | | |
| Straight Truck | | | | | |
| Other (Specify) | | | | | |
| Other (Specify) | | | | | |

## VI. CERTIFICATION OF COMPLIANCE

I hereby certify I possess only a driver's license for the state of my residence and have returned all other(s) I may have possessed to the State(s) of issuance, other than the license(s) listed below.

Operator's Signature _____    Date 9/7/09

License # D80590942    State OE

## VII. GENERAL INFORMATION

I was recommended by: _____    I will drive for: _____

I am an independent contractor and have a _____ Tractor
                                           Year       Make       Unit #

Additional Information: _____

## VIII. MILITARY STATUS

Have you served in the U.S. Armed Forces: ☑Yes ☐No    Branch? Army    Dates: From 7/91 to 6/99

DD214 Narrative reason for discharge: _____

Honorable discharge?    ☑Yes ☐No

Do you have a DD214?    ☐Yes ☐No

PLEASE INCLUDE YOUR DD214 IF MILITARY SERVICE WAS IN THE LAST THREE YEARS.

## OVER-THE-ROAD DRIVER JOB DESCRIPTION

An over-the-road driver must be able to pick up, transport and deliver product in a safe, professional, courteous and timely manner, driving a semi-tractor in the contiguous 48 states, with up to a 53' trailer.

The driver is the single direct contact responsible for good public relations with the motoring public and with existing and prospective clients and customers. The driver must be able to communicate orally and in writing with others including company representatives, fellow drivers, and customers. The driver must be able to read, write and do basic math to properly complete bills of lading, tripsheets, logs, accident, and cargo claims paperwork. The driver must be able to read and understand maps.

The driver must know and understand Department of Transportation rules and regulations pertaining to over-the-road drivers, equipment, and cargo listed in the Federal Motor Carrier Safety Regulations. The driver must understand and comply with company policies and procedures.

The driver must have a basic mechanical knowledge of a tractor/trailer. The driver must be able to perform DOT equipment inspections, hook/unhook trailers, and enter and exit the tractor and trailer. The driver must be able to shift manual transmission engines, control the steering wheel, operate the brake and accelerator pedals, and be able to back and park a tractor-trailer unit.

The driver must meet DOT standards for physical exam, drug test, and commercial drivers' license as well as company standards.

The driver must be able to drive up to a 10 hour shift and up to 70 hours per week. In the coast-to-coast team operation, the driver must work effectively with their co-driver to perform their job responsibilities while working relatively long hours and performing repetitive work in a tractor. This may require the driver to be away from home 21 days or more at a time, work with variable work/rest cycles due to frequent deadlines and meeting delivery schedules, be exposed to environmental extremes, and encounter day-to-day stressful situations.

Drivers on occasion must load and unload trailers handling weights of up to 75 pounds and be able to mount snow chains on tires. Drivers may be required to use loading/unloading devices such as electric floor jacks and hand dollies.

This job description is intended to accurately state the working conditions and the tasks that must be performed for this job. However, the description is not an exhaustive list and the driver may be required to perform other tasks or other work from time to time as assigned to the driver by his supervisor or management.

1. Have you reviewed the job description above? ☐ Yes  ☐ No
2. Have the requirements of this job been explained to you? ☒ Yes  ☐ No
3. Do you understand these requirements? ☒ Yes  ☐ No
4. Can you perform the requirements of this job with or without reasonable accommodation? ☒ Yes  ☐ No

## IX. AGREEMENT

**TO BE READ AND SIGNED BY APPLICANT**

This application for employment and any resulting conditional job offer or contract of hire, shall be deemed to be completed and executed in the state of Iowa.

It is agreed and understood that any misrepresentations of any information by applicant shall be considered an act of dishonesty and may subject applicant to immediate discharge if hired.

It is agreed and understood that the employer or his agents may investigate the applicant's background to ascertain any and all information of concern to applicant's record, including all information on my Alcohol and Controlled Substance Testing/Training Records, whether same is of record or not, and applicant releases former and/or current employers named herein from all liability for any damages for furnishing such information. It is understood that the information in this application will be used and that prior employers will be contacted for purposes of investigation as required by the motor carrier safety regulations. I further release and agree to hold harmless any previous or current employer as well as any employee, agent, or representative thereof from all liability of damage that may arise from the release of these results.

It is also agreed and understood that under the Fair Credit Report Act, Public Law 91-508, I have been told that this investigation may include an Investigating Consumer Report, including information regarding my character, general reputation, personal characteristics, and mode of living.

I agree to furnish such additional information and complete such examinations as may be required to complete my employment file.

(MA) – "An applicant for employment with a sealed record on file with the commissioner of probation may answer 'no record' with respect to any inquiry herein relative to prior arrests, criminal court appearances or convictions. An applicant for employment with a sealed record on file with the commissioners of probation may answer 'no record' with respect to any inquiry relative to prior arrests, court appearances and adjudications in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution."

(PA) – I authorize my employer to obtain from the Registry of Motor Vehicles a copy of my Motor Vehicle Violations Record.

It is understood that this application for employment and any conditional offer of employment in no way obligates the employer to employ me and it is understood that if hired, my employment is "at will." The terms of my at-will employment can only be changed by written contract, signed by an officer of CRST.

I agree that any compensation as a result of Worker Compensation injury or illness shall be governed by and according to the benefits provided by the state of Iowa.

It is agreed that the applicant, by presenting the application for employment, represents that the statements given by the applicant to the information requested in the application are true, correct and complete, and that any false, misleading or incomplete statements of the information requested in this application shall be sufficient grounds for discharge if employed.

It is agreed and understood that as a condition of employment, all drivers will be subject to drug/alcohol testing and a physical examination.

I affirm that I have a genuine interest and no other purpose in applying for a job with the company.

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

_____9/7/09_____  _____[signature]_____
Date                    Applicant's Signature

---

**FOR OFFICE USE ONLY**

Hire Date: _____    Termination Date: _____

## DISCLOSURE AND RELEASE

In connection with my application for employment including contract for services with you, I understand that consumer reports which may contain public information may be requested from DAC Services, Tulsa, Oklahoma. These reports may include the following types of information: names and dates of previous employers, reason for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC concerning previous driving record requests made by others from such state agencies, and state provided driving records.

I AUTHORIZE WITHOUT RESERVATION, ANY PARTY OR AGENCY CONTACTED BY DAC TO FURNISH THE ABOVE-MENTIONED INFORMATION WITH REGARD TO THIS APPLICATION FOR EMPLOYMENT.

I have a right to make a request to DAC, upon proper identification, of the nature and substance of all information provided with regard to the undersigned; and the names of the recipients of any reports about me which DAC has previously furnished within the two-year period preceding my request.

I hereby authorize procurement of consumer report(s). If hired or contracted, this authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment or contract period.

_Bruce White_
Print Name

_____
Social Security No.

_[signature]_
Applicant's Signature

09/07/09
Date

**CRST VAN EXPEDITED**