TR 99-273

IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

STATE OF OKLAHOMA, ) ss.  
COUNTY OF TULSA, )

DISTRICT COURT  
**F I L E D**  
JAN 11 1999  
SALLY HOWE SMITH, COURT CLERK  
STATE OF OKLA. TULSA COUNTY

No. TR 99 00273  
MISDEMEANOR INFORMATION

THE STATE OF OKLAHOMA  
Plaintiff,)

vs.

BRUCE DEWAYNE WHITE  
)  
Defendant.)

47-0010-0103  
47-0006-0303 (OB)  
47-0000-1151 (A5)

BE IT REMEMBERED:
That **TIM HARRIS**, the duly elected and qualified DISTRICT ATTORNEY FOR TULSA COUNTY, OKLAHOMA, who prosecutes in the name and by the authority of the STATE OF OKLAHOMA, comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

(COUNT 01)
**BRUCE DEWAYNE WHITE**, on or about 11/09/98, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **LEAVING SCENE ACCIDENT - DAMAGE VEHICLE**, a misdemeanor, by unlawfully, willfully and wrongfully, leave the scene of an accident in the manner and form as follows, to-wit: That said Bruce White while driving a 1988 Nissan collided with 1988 Ford driven by and under the control of BOBBY MCHENRY and that said accident occurred at 1130 North Lewis in Tulsa county, Oklahoma, that asd a result of said accident the said vehicle driven by and under the control of said BOBBY MCHENRY was damaged, and that the said defendant did not stop his vehicle at said time and place, nor did he give he correct name and address, the registration number of the vehicle he was driving, nor did he exhibit his driver's license or other valid evidence of identification to the person driving said vehicle but that said defendant continued to drive his said vehicle until he was apprehended in Tulsa County, Oklahoma,

(COUNT 02)
**BRUCE DEWAYNE WHITE**, on or about 11/09/98, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **DRIVING UNDER SUSPENSION**, a misdemeanor, by unlawfully, willfully, knowingly and wrongfully drive and operate a motor vehicle to-wit: a 1988 Nissan bearing tag #OK IJV-407, on a public highway of this State, to-wit 1130 North Lewis in Tulsa County, Oklahoma, without first obtaining a Driver's License therefor driving while under suspension,

(COUNT 03)
**BRUCE DEWAYNE WHITE**, on or about 11/09/98, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **TAXES DUE STATE**, a misdemeanor, by unlawfully, willfully and knowingly drive and operate a certain motor vehicle, to-wit: 1988 Nissan bearing a tag number OK IJV-407 license plate on a public highway of this County and State, to-wit: 1130 North Lewis, on which all taxes due the State of Oklahoma have not been paid,

contrary to the form of the Statutes in such cases made and provided, and against the peace and dignity of the State. I have examined the facts in this case and recommend that a warrant do issue.

**EXHIBIT 15**

TIM HARRIS, District Attorney  
BY _____  
Assistant

IN THE DISTRICT COURT WITHIN AND FOR THE TULSA COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
)
Plaintiff, )   TR 99 00273
vs. )   DISTRICT COURT NO.
Bruce Dewayne White )   FILED  Case File: 980936542
aka Bruce David White )                    980936543
Bruce Dwayne White )   JAN 11 1999         980936574
)
Defendant(s) )
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**AFFIDAVIT**

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

The undersigned, of lawful age, being duly sworn, upon oath deposes and states as follows:

1. He is a police officer for the City of Tulsa assigned to investigations.

2. He has read certain official investigative reports and statements of witnesses regarding the above named Defendant(s) and from these reports it appears as follows:

3. That the offense occurred in the city and county of Tulsa.

4. The victim, Bobby Vernon McHenry, indicates this offense occurred in the parking lot of his business, Tulsa Auto Core located at 1130 N. Lewis Avenue on 110998 at about 1130 hours.

5. The defendant was loading scrap metal from a railroad car into his 1988 red Nissan Pickup while parked in the victim's parking lot. The victim entered his parking lot, driving a 1988 Ford Bronco. The defendant quickly entered his pickup and intentionally drove into the victim's Bronco causing property damage. The defendant left the scene east bound on Dawson Road. The victim followed the defendant until he crashed at 2600 E. Apache Street. The defendant's vehicle ran through a City of Tulsa fence and the driver fled on foot.

6. The red Nissan 720 Pickup bearing Oklahoma tag number IJV-407 is registered to a Landmark Motors in Tulsa Oklahoma.

7. Documents found inside the defendant's vehicle indicated the new owner is Bruce Dewayne White.

8. The victim was shown a picture of the defendant and positively identified the driver to be Bruce Dewayne White.

9. On 110998 at about 1343 hours, Bruce Dewayne White called police to report his Nissan Pickup stolen.

10. Department of Public Safety shows the defendant's drivers license is suspended and the tag on the pickup expired in August of 1997. No insurance information was found.

11. That the defendant, Bruce Dewayne White, aka Bruce David White or Bruce Dwayne White, a black male, 5'04" tall, 189 pounds, black hair, brown eyes, dob ▇▇▇, ssn. ▇▇▇, TPD 14805 resides at 1740 East Woodrow Street, Tulsa Oklahoma 74110.

Wherefore, affiant prays this Honorable Court to issue a warrant of the within named Defendant(s), that he/she/they may be brought before and held to answer for the offense(s) of _____

FEB 03 1999
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

_____
AFFIANT  L. J. WOODS

Subscribed and sworn to before me this 2 day of December, 1998.

My commission expires 01-23-2001

_____
Notary Public