IN THE DISTRICT COURT OF THE 14TH JUDICIAL DISTRICT
OF THE STATE OF OKLAHOMA
SITTING IN AND FOR TULSA COUNTY, OKLAHOMA

THE STATE OF OKLAHOMA, Plaintiff, )
)
vs ) NO. TR-99-273
)
)
BRUCE DEWAYNE WHITE Defendant, )

## JUDGMENT AND SENTENCE ON PLEA OF NOLO CONTENDERE
### MISDEMEANOR

**FILED IN DISTRICT COURT**

Now, on this __9__ day of __JULY__, 19__99__, the same being a juridical day of said court, and the time appointed for judgment and sentence in the above entitled cause, the defendant __BRUCE DEWAYNE WHITE__ being personally present in open court, and being represented by his attorney of record __PUBLIC DEFENDER__,

JUL 12 1999
SALLY HOWE SMITH, COURT CLERK
TULSA COUNTY

and the State of Oklahoma being represented by its Assistant District Attorney __CALEB RAYNOLDS__;

The defendant having been legally charged by Information filed in this case with a criminal offense and having been duly arraigned thereon; the said defendant, after consulting with his attorney, personally entered his plea of nolo contendere to the crime of __DRIVING UNDER SUSPENSION CT. 2__ charged in said Information.

The Court prior to accepting said plea informed the defendant of his Constitutional rights, including his right to trial by jury; his right to be confronted by his accusers and his right to his privilege against compulsory self-incrimination; and in response to questioning by the Court, the defendant said that he understood his Constitutional rights and that he waived each of them, and persisted in his plea of nolo contendere. The Court further informed the defendant of the minimum and maximum penalty provided by law for the aforesaid offense, and the effect of such plea; and after being further interrogated by the Court the defendant stated that his plea of nolo contendere is voluntary and is made by him without inducement or coercion.

The Court thereupon accepted the defendant's plea of nolo contendere to the aforesaid crime; and the defendant having been asked by the Court whether he had any legal cause to show why judgment and sentence should not now be pronounced against him, and he stating no such sufficient cause, and none appearing to the Court;

IT IS THE JUDGMENT OF THE COURT that the defendant __BRUCE DEWAYNE WHITE__ is guilty of the crime of __DRIVING UNDER SUSPENSION CT. 2__

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT that the said __BRUCE DEWAYNE WHITE__ be committed to the custody of the Sheriff of Tulsa County, Oklahoma for a term of _____ (days/months), said term of sentence to begin at and from the delivery of the said defendant to the Sheriff of Tulsa County.

IT IS FURTHER ORDERED that the said defendant pay a FINE of __$150.00/COST__

Dollars ($_____) and the costs of this prosecution taxed at $_____, for which judgment is hereby rendered against the defendant, and if said FINE and COSTS be not paid forthwith, IT IS THE FURTHER ORDER OF THE COURT that the Sheriff of Tulsa County take said defendant into custody and detain him in the Tulsa County Jail until said FINE and COSTS are paid or satisfied as provided by law.

The Court further advised the defendant of his right to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State without cost to him.

Attest:
SALLY HOWE SMITH, Court Clerk

**EXHIBIT 17**

THE STATE OF OKLAHOMA )
) SS.
TULSA COUNTY )

I, _____, Court Clerk of the District Court of the 14th Judicial District of the State of Oklahoma, sitting in and for Tulsa County, Oklahoma do hereby certify the above and foregoing to be a true, correct, full and complete copy of the original judgment and sentence in the case of the State of Oklahoma vs.

_____

_____, as the same appears of record in my office.

WITNESS my hand and official seal this _____ day of _____, 19 _____.

(SEAL)

_____, Court Clerk

By _____
      Deputy Court Clerk

THE STATE OF OKLAHOMA )
) SS.
TULSA COUNTY )

I received this judgment and sentence this _____ day of _____, 19 _____, and executed the same by transporting the within named defendant to the State Penitentiary at McAlester, Oklahoma, and delivered h_____ to the Warden thereof on the _____ day of _____, 19 _____, as herein ordered.

_____, Sheriff

By _____ Deputy Sheriff

Form 3313 (Rev. 12-92) Back