# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | Case No(s) TR 99-273 |
| Plaintiff, | ) | Judge Haskins |
| vs. | ) | Term of Probation 1 yr s/s |
| Bruce Dewayne White | ) | Offense Leaving Scene Acid-Veh |
| Defendant. | ) | Hours of Service 56 |

## TULSA COUNTY WORK PROGRAM
### (An Alternative to Incarceration)
### APPLICATION AND INFORMATION

| ADDRESS | | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | Tulsa | OK | 74106 |

| HOME PHONE | WORK PHONE | MOTHER'S ADDRESS & PHONE | FATHER'S ADDRESS & PHONE |
|---|---|---|---|
| | | | |

| EMPLOYER & TITLE | | SPOUSE'S NAME & PLACE OF EMPLOYMENT | | PHONE |
|---|---|---|---|---|
| | | | | |

| RACE | HEIGHT | WEIGHT | HAIR | EYES | SEX | SOCIAL SECURITY NO. | AGE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| B | 6'1" | 180 | Bl | Br | M | | | |

| FRIEND OR REFERENCE NUMBER |
|---|
| |

### WORK PROGRAM COUNSELOR ONLY

| NUMBER OF HOURS | PP | SENT | FINES |
|---|---|---|---|
| | | | |

LENGTH OF PROBATION

COMPLETION DATE

DO YOU HAVE ANY PHYSICAL LIMITATIONS? IF YES, WHAT IS THE NATURE OF THE LIMITATION?
☐ YES  ☒ NO

HAVE YOU EVER BEEN A PLAINTIFF IN A PERSONAL INJURY SUIT? IF YES, EXPLAIN
☐ YES  ☒ NO

ARE YOU NOW UNDER MEDICAL CARE?
☐ YES  ☒ NO

HAVE YOU HAD ANY INJURIES, OPERATIONS OR SERIOUS ILLNESS IN THE PAST FIVE YEARS?

HAVE YOU EVER BEEN FOUND GUILTY OF A FELONY? IF YES, FOR WHAT OFFENSE?    PLACE AND DISPOSITION
☐ YES  ☒ NO

I hereby certify that the foregoing information is, to the best of my knowledge, true and correct, and agree not to operate any type of motorized vehicle while performing community service in this program if my license is presently suspended or revoked for any reason.

I further agree, as a condition to my participation in the program, to execute this release of liability. I hereby release the Board of County Commissioners of Tulsa County, its agents, servants, and employees for any and all liability for any injuries which I may sustain as a result of my participation in the program so long as such injuries are not a result of the acts or omissions of any employee of Tulsa County as are described in the Oklahoma Political Subdivisions Tort Claims Act, 51 O.S. §151 et seq. I specifically release the Board of County Commissioners of Tulsa County for any injuries which I may sustain as may be occasioned by those persons not affiliated with the said Board of County Commissioners.

Dated this 9 day of July, 19 99

Comments:

**EXHIBIT 18**

DISTRICT COURT
**FILED**
JUL 15 1999
SALLY HOWE SMITH, COURT CLERK