# Stumphauzer • O'Toole

*Stumphauzer, O'Toole, McLaughlin,*
*McGlamery & Loughman, Co. LPA*
*Attorneys at Law*
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel: 440.930.4001

**Direct**: 440.930.4017
**Email**: mdooley@sheffieldlaw.com

May 29, 2012

**VIA ELECTRONIC MAIL ONLY:**
Gregory J. Lucht, Esq. **(glucht@beneschlaw.com)**
BENESCH, FRIEDLANDER, COPLAN, AND ARONOFF, LLP
200 Public Square
Suite 2300
Cleveland, Ohio 44114-2309

Re:   Bruce White v. CRST, Inc.
      U.S. District Court Northern District of Ohio Eastern Division
      Case No. 1:11-CV-2615

Dear Greg:

In light of the recent filing of the Parties' Joint Motion to Refer Case to Mediation and Temporarily Stay Proceedings, please allow this correspondence to serve as notice that Plaintiff is cancelling the depositions of the employees of CRST representatives scheduled for May 30 and May 31, 2012 in Cedar Rapids, Iowa. The cancellation of these depositions is made with the understanding that the Parties may continue discovery through September 27, 2012 and that CRST will cooperate with any attempts to reschedule these depositions prior to that time.

Please do not hesitate to contact me if I am in incorrect or if you have any questions or concerns regarding this matter.

Very truly yours,

*/s/ MD*

Matthew A. Dooley
MAD/at
G:\27\27261\Correspondence\Lucht Ltr 4.Docx