UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
BRUCE WHITE,                           :      CASE NO. 1:11-CV-2615
                                       :
        Plaintiff,                     :
                                       :
vs.                                    :      ORDER & OPINION
                                       :      [Resolving Doc. No. 43]
CRST, INC.,                            :
                                       :
        Defendant.                     :
                                       :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The parties in this Fair Credit Reporting Act lawsuit jointly move for a status conference to resolve a discovery dispute. [Doc. 43.] They describe a dispute regarding the scheduling of depositions, arising from their conflicting interpretations of the Court's case management scheduling order.

With its May 6, 2012 order granting the parties' motion for additional time, [Doc. 30], the Court intended to allow the parties to control the order of their discovery, but to alert the parties that the Court would not grant any Rule 56(f) motions to extend the dispositive motion dates, excepting rare circumstances. Nothing in the revised case management order intended to stop either party from conducting whatever discovery they believed necessary to deal with summary judgment. It only directed the parties to get the discovery completed so that resolution of any summary judgment would not be delayed. The Court therefore **GRANTS** the Plaintiff's motion to compel discovery and

Case No. 1:11-CV-2615
Gwin, J.

orders that the Defendant make the requested witnesses available for deposition.

    IT IS SO ORDERED.


Dated: June 20, 2012                      *s/     James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE