Motion granted 6/25/12.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BRUCE WHITE on Behalf of Himself and All Others Similarly Situated,**<br><br>      Plaintiff,<br><br>   v.<br><br>**CRST, INC.,**<br><br>      Defendant. | CASE NO. 1:11-CV-2615<br><br>UNITED STATES DISTRICT JUDGE<br>JAMES S. GWIN |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF FIFTEEN PAGES**

Now comes the Plaintiff, by and through counsel, and respectfully moves this Honorable Court for Leave to file Plaintiff's Motion for Class Certification in excess of fifteen (15) pages. Plaintiff's Motion is approximately 29 pages in length exclusive of the table of contents and table of authorities after numerous revisions made in attempt to comply with the page limitation under L.R. 7.1(f). Plaintiff now respectfully requests this Court to grant *Instanter* leave to file the attached Plaintiff's Motion for Class Certification, which exceeds the page limit for the reasons set forth below.

Plaintiff's First Amended Complaint alleges Defendant violated certain provisions of the FCRA when it used consumer reports for employment purposes. Plaintiff now seeks to certifies a nationwide class of consumers effected by Defendant's violations of the FCRA. *Skwira v. U.S.,* 344 F.3d 64, 74 (1st Cir. 2003) (calling FCRA a "complex statutory scheme"); *see also FTC v. Manager, Retail Credit Co., Miami Beach Branch Office*, 169 U.S. App. D.C. 271, 515 F.2d 988, 989 (D.C. Cir. 1975) (characterizing the FCRA as a "comprehensive series of restrictions on the disclosure and use of credit information assembled by consumer reporting