# EXHIBIT D

# October 19, 2007 Recruiting Training Class Notes

# CRST002311

# Subject to Joint Motion to File Exhibits Under Seal (DOC.47)