**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated | ) ) ) | CASE NO.  1:11-CV-02615 |
| | ) | JUDGE:  JAMES S. GWIN |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **DEFENDANT CRST, INC.'S (n/k/a CRST EXPEDITED, INC.) MOTION TO WITHDRAW ECF 62** |
| CRST, INC. | ) ) | |
| Defendant. | ) | |

Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.) ("CRST") submits this Motion to Withdraw CRST's Motion to Remove Exhibits A, C, D, E, and F to Plaintiff's Motion for Class Certification from Public Record and Exhibit E to Plaintiff's Opposition to Summary Judgment ("Motion to Remove") (ECF 62).

In the midst of filing numerous documents and exhibits with this Court on July 5, 2012, CRST inadvertently filed the inaccurate Motion to Remove.  Therefore, defense counsel is immediately undertaking this corrective action.

Accordingly, CRST respectfully requests the Court grant this Motion to Withdraw CRST's Motion to Remove Exhibits A, C, D, E, and F to Plaintiff's Motion for Class Certification from Public Record and Exhibit E to Plaintiff's Opposition to Summary Judgment ("Motion to Remove") (ECF 62).

Respectfully submitted,

 */s/ Gregory J. Lucht* _____
GREGORY J. LUCHT (0075045)
JEREMY GILMAN (00014144)
DAVID M. KRUEGER (0085072)
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
(T):(216) 363-4500. (F): (216) 363-4588
E-mail: glucht@beneschlaw.com
jgilman@beneschlaw.com
dkrueger@beneschlaw.com
*Attorneys for Defendant CRST, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed electronically on the 6th day of July, 2012 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

*/s/  Gregory J. Lucht*_____
*One of the Attorneys for Defendant*