IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on behalf of himself and all others similarly situated ) ) | CASE NO. 1:11-CV-02615 |
| ) | JUDGE: JAMES S. GWIN |
| Plaintiff, ) | |
| ) | **DEFENDANT CRST, INC.'S (n/k/a CRST EXPEDITED, INC.) MOTION TO WITHDRAW ECF 62** |
| vs. ) | |
| ) | |
| CRST, INC. ) | |
| ) | |
| Defendant. ) | |

Defendant CRST, Inc. (n/k/a CRST Expedited, Inc.) ("CRST") submits this Motion to Withdraw CRST's Motion to Remove Exhibits A, C, D, E, and F to Plaintiff's Motion for Class Certification from Public Record and Exhibit E to Plaintiff's Opposition to Summary Judgment ("Motion to Remove") (ECF 62).

In the midst of filing numerous documents and exhibits with this Court on July 5, 2012, CRST inadvertently filed the inaccurate Motion to Remove. Therefore, defense counsel is immediately undertaking this corrective action.

Accordingly, CRST respectfully requests the Court grant this Motion to Withdraw CRST's Motion to Remove Exhibits A, C, D, E, and F to Plaintiff's Motion for Class Certification from Public Record and Exhibit E to Plaintiff's Opposition to Summary Judgment ("Motion to Remove") (ECF 62).