# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRUCE WHITE, on Behalf of Himself and All Others Similarly Situated., <br><br> Plaintiff, <br><br> vs. <br><br> CRST, INC., <br><br> Defendant. | CASE NO. 1:11-CV-2615 <br><br> UNITED STATES DISTRICT JUDGE JAMES S. GWIN |

## JOINT STATUS REPORT

Named Plaintiff, Bruce White, and Defendant, CRST, Inc., by and through the undersigned counsel, hereby jointly notify the Court that the parties have scheduled mediation before the Honorable James Robertson (Ret.) to take place on August 8, 2012 in Cleveland, Ohio.

Respectfully submitted,

STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA

By: /s/ Matthew A. Dooley
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
Matthew A. Dooley (0081482)
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel: (440) 930-4001
Fax: (440) 934-7208
Email: dotoole@sheffieldlaw.com
apecora@sheffieldlaw.com
mdooley@sheffieldlaw.com
*Counsel for Bruce White and the Putative Class*

and

                BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

By: /s/Gregory J. Lucht
     Jeremy Gilman, Esq.
     Gregory J. Lucht, Esq.
     David M. Krueger, Esq.
     200 Public Square
     Suite 2300
     Cleveland, Ohio 44114-2378
     Telephone:   (216) 363-4500
     Fax:            (216) 363-4588
     Email:       jgilman@beneschlaw.com
                     glucht@beneschlaw.com
                     dkrueger@beneschlaw.com
*Counsel for CRST, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was filed electronically on the 16th day of July, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

      /s/ Matthew A. Dooley
      Matthew A. Dooley
      *Counsel for Bruce White and the putative class*

G:\27\27261\Notices And Entries\Joint Status Report.Docx