**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BRUCE WHITE on Behalf of Himself and All Others Similarly Situated** | |
| Plaintiffs, | CASE NO. 1:11-CV-2615 |
| vs. | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| **CRST, INC.** | |
| Defendant. | |

**PROPOSED ORDER**

This matter is before the Court upon the Parties Joint Motion for Modification of Order Approving Stipulation of Settlement (ECF 79) and to Approve Procurement of Consumer Reports for Settlement Purposes, and upon consideration whereof, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that the Order Approving Stipulation of Settlement (ECF 79) is amended to state that:

(1) Class Counsel shall file the list of objections with the Court on or before February 13, 2013;

(2) The list of opt-outs shall be filed by the Settlement Administrator on or before February 13, 2013;

(3) The Final Fairness Hearing shall be continued to _____; and

(4) The Settlement Administrator is authorized to procure Class Members' consumer reports for the purpose of obtaining and/or verifying Class Members' current address.

ENTERED this _____ day of November, 2012


_____
United States District Court
Judge James S. Gwin