**Ernest Paul Jones**
VoiceOver Talent

7150 South Talman Avenue
Suite #1
Chicago, IL. 60629

Mobile: 312-623-6368

ErnestPaulJones@Yahoo.com
www.TruckingChamber.com



# The Trucking Chamber of Commerce

*1:11cv2615 JG*

**RECEIVED**

**DEC 27 2012**

Clerk of Courts
U.S. District Court, NDOH
Cleveland

December 17, 2012

To whom it may concern:

I would like to ask the Court for permission to speak at the Fairness Hearing. I am sending a letter saying it is my "Notice of Intention to Appear in White v. CRST".

| | |
|---|---|
| My name: | Ernest Paul Jones |
| My address: | 8141 South Cole Street – Suite # 2 East, Chicago, Illinois 60617 |
| My telephone Number: | (312) 623-6368 |

**My Notice of Intention to Appear** shall be postmarked no later than February 6, 2013 and is sent to the Clerk of the Court, Class Counsel, and Defense Counsel, at their respective addresses. I am not excluding myself.

Respectfully,

*Ernest Paul Jones*

Ernest Paul Jones
Executive in Charge
The Trucking Chamber of Commerce of Chicago