FILED
2013 JAN -7 PM 3: 42
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Scott A Dunay
2659 Pleasant Valley Rd
Mobile Al. 36606

January 2, 2013

Clerk of the Court
United States District Court for the
Northern district of Ohio
801 West Superior Avenue
Cleveland, OH 44113

In the Case of White v. CRST.

You're Honor,

This letter is to inform you of my objections to the settlement.

First of all I object to the potential award to the plaintiff's attorneys I think 30% is a ridiculous amount. WE the drivers the employees and the people who didn't get jobs with CRST are the victims not the attorneys. Why in heavens name should the attorneys have such a windfall?

Also I object to the attorneys (both defendants and plaintiffs) making a settlement agreement before even making aware to the other victims that a lawsuit has been filed.

And because of the manner in which CRST handled consumer investigations they have caused many of us to pay higher fees in credit and mortgage loans.

Wherefore I ask the court t limit the amount paid to the attorneys to 15% or 20% maximum and then split the monies between the real victims.

Sincerely,

Scott A Dunay
2659 Pleasant Valley Rd
Mobile, AL. 36606