To: Whom it may Concern.    12-17-12.

My name [...] Hernandez, my unique class number is #229416.

I am writing to you in Regards to this Class action Settlement in witch I would like to express my Personal opinions, Concerns, as well as my written objection.

I Partially object. I am objecting to the unfair amount of what may be an amount of up to $200.cc only! Given the fact that I understand that others may have done much if not all the work. But it has impacted me in more ways than one. Because If I would have known that Crst was basing there Hiring on a Consumer Report and not a Criminal Background Report I believe I would had been Screaming out for justice. I agreed to a background Check a Criminal Background check only. I believed that was what the Background Check was about since this is what Crst Informed me at that Point in time.

12-17-12.

Although I am now Correctly informed and have a chance to Put forth my objection to what was a very unfair act by CRST. I am tore between feeling dumbfounded on such actions by CRST and the amount of settlement offered to Class action members such as myself and would ask the Courts to Consider my decision in objection and adjust higher in amount in Settlement to Class members ~~At that Point in time~~.

When such acts By CRST was done I was a Recent student truck driver graduate in witch obviously enough I had chosen this to be my Career above all others. I had high expectations and applied for a driving Position at CRST. I was never informed by CRST that ~~those~~ out my Consumer Report was being used to established weather or not I had Reasonable opportunity to grow with them in employment. as part as CRST.

In Conclusion I not only ask But Plead

12-17-12

to the Courts and Honorable Judge to be just and consider keeping in mind all class members that may have had a similuar situation as I had, as to ~~Any~~ all were my conclusion leads and ends to No Work, No income, Broken Dreams and Fallen Expectations, and no longer interested in that line of work in witch I worked and tried so hard to achieve as a Female **Professional Commercial Truck Driver**

Thank You for your Consideration and time.

Respectfully,
Isabel Hernandez

12-17-12.

Isabel Hernandez
5635 Halvern Ave
Las Vegas NV 81110
702-227-3366