## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BRUCE WHITE on Behalf of Himself and All Others Similarly Situated,** | CASE NO. 1:11-CV-2615 |
| Plaintiff, | |
| v. | UNITED STATES DISTRICT JUDGE JAMES S. GWIN |
| **CRST, INC.,** | |
| Defendant. | |

## OPT-OUT LIST OF CLASS MEMBERS

Below are the individuals who notified the settlement administrator of their requests to be excluded from the Stipulation of Settlement:

- Debra L. Shrole
- Elizabeth A. Barnes
- Sandra Back
- Sandra Hollinshead
- John Durkson
- Stephen Barry
- Joseph Anthony Collins
- Darius Bell
- Glenda D. Murphy

- Michael Parsnik
- Clarence Scott Jones
- Jose Fonseca
- Lukas B. Angel
- Sterling G. Holmes
- Harry Johnson
- Thaddeous Ellison
- Amanda Hand (formely Harris)
- Tony Wright
- Charles Means

Respectfully Submitted,

STUMPHAUZER | O'TOOLE

By:     /s/ Matthew A. Dooley
        Dennis M. O'Toole (0003274)
        Anthony R. Pecora (0069660)
        Matthew A. Dooley (0081482)
        5455 Detroit Road, Sheffield Village, Ohio 44054
        Tel:        (440) 930-4001
        Fax:        (440) 934-7208
        Email:      dotoole@sheffieldlaw.com
                    apecora@sheffieldlaw.com
                    mdooley@sheffieldlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a copy of the foregoing Opt-Out List of Class Members was filed electronically this 13th day of February, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via regular mail.

/s/ Matthew A. Dooley
Matthew A. Dooley